[Dkt. No. 23]

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| MIRIAM HASKINS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST AMERICAN TITLE INSURANCE CO.,<br><br>　　　　　　Defendant. | Civil No. 10-5044(RMB/JS)<br><br>**ORDER** |

　　THIS MATTER having come before the Court upon Defendant's Motion to Dismiss the Amended Complaint; and

　　THE COURT having considered the parties' written submissions and oral argument; and

　　FOR THE REASONS set forth in the Opinion of this date;

　　IT IS on this **25th** day of **October** **2011**, hereby

　　**ORDERED** that Defendant's Motion to Dismiss Plaintiffs' claim under the New Jersey Consumer Fraud Act is **DENIED**.


　　　　　　　　　　　　　　　　　　s/Renée Marie Bumb
　　　　　　　　　　　　　　　　　　RENÉE MARIE BUMB
　　　　　　　　　　　　　　　　　　United States District Judge