[Doc. No. 55]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MIRIAM HASKINS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY<br><br>Defendant. | Civ. No. 10-5044 (RMB/JS) |

**O R D E R**

    This matter is before the Court on defendant First American's "Motion to Stay and Compel Individual Arbitration" [Doc. No. 55]; and the Court having received plaintiff's opposition, defendant's reply, and the parties' supplemental submissions; and the Court having conducted oral argument; and for all the reasons set forth in the accompanying Opinion,

    IT IS HEREBY ORDERED this day 4th of May, 2012 that defendant's Motion to Stay and Compel Individual Arbitration is DENIED.

    /s/ Joel Schneider
    JOEL SCHNEIDER
    United States Magistrate Judge