# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| MIRIAM HASKINS, et al., | |
| Plaintiffs, | Civil No. 10-5044 (RMB/JS) |
| v. | **ORDER** |
| FIRST AMERICAN TITLE INSURANCE CO., | |
| Defendant. | |

THIS MATTER having come before the Court upon Plaintiffs' Motion for Class Certification [Docket No. 127]; and the Court having considered the moving papers and the opposition thereto; and the Court having heard oral argument and testimony on the motion; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiffs' motion is DENIED.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge

Dated:     January 27, 2014